

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-14-00121-CV

### Trial Court No. 12-1975-A

**Marcia Souter**

**Vs.**

**Gary L. Souter, individually and as Personal Representative of the Estate of Charles R. Souter, Deceased and Deborah Souter, Lindsay Souter Thomas, and Kyle Souter as heirs of the Estate of Charles R. Souter, Deceased**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $10.00 | Lisa Doyon |
| Motion fee | $10.00 | Lisa Doyon |
| Clerk's record | $653.10 | Linda Hoak |
| Reporter's record | $767.49 | Mr. Blake Armstrong |
| Indigent | $25.00 | Susan E Berry |
| Required Texas.gov efiling fee | $20.00 | Susan E Berry |
| Filing | $100.00 | Susan E Berry |
| Supreme Court chapter 51 fee | $50.00 | Susan E Berry |
| **TOTAL:** | $1,635.59 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 12th day of May 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk